UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>JOVAN SHANA GILBERT<br><br>Debtor(s) | Case No. 11-41936 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/15/2011.

2) The plan was confirmed on 02/27/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was dismissed on 10/28/2013.

6) Number of months from filing to last payment: 15.

7) Number of months case was pending: 28.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $11,850.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $4,286.00 |
| Less amount refunded to debtor | $62.59 |

**NET RECEIPTS:** **$4,223.41**

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,400.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $201.52 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$3,601.52**

Attorney fees paid and disclosed by debtor:     $100.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AFFIRMATIVE INSURANCE | Unsecured | 3,266.00 | NA | NA | 0.00 | 0.00 |
| ALL CREDIT LENDERS | Unsecured | 1,700.00 | 948.11 | 948.11 | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 132.00 | 132.20 | 132.20 | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 1,796.00 | 1,796.00 | 1,796.00 | 0.00 | 0.00 |
| AT&T | Unsecured | 618.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 934.00 | NA | NA | 0.00 | 0.00 |
| BAXTER CREDIT UNION | Unsecured | 1,356.00 | NA | NA | 0.00 | 0.00 |
| BEACHBODY | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| CHECK RECOVERY SYSTEMS | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 1,027.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 1,337.00 | 2,557.73 | 2,557.73 | 16.51 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | NA | 2,557.73 | NA | 0.00 | 0.00 |
| CLEAR WIRELESS | Unsecured | 146.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 2,041.00 | 2,387.47 | 2,387.47 | 15.42 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 93.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 286.00 | NA | NA | 0.00 | 0.00 |
| CYBR COLLECT | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/SALLIE MAE | Unsecured | 3,164.00 | NA | NA | 0.00 | 0.00 |
| DEPT OF EDUCATION/SALLIE MAE | Unsecured | 1,766.00 | NA | NA | 0.00 | 0.00 |
| DRIVE FINANCIAL SERV/FIRST | Unsecured | 10,043.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE COUNTY CLERK | Unsecured | 254.00 | NA | NA | 0.00 | 0.00 |
| ENTERPRISE RENT A CAR | Unsecured | 558.00 | NA | NA | 0.00 | 0.00 |
| FLOOR & WALL CARPET | Unsecured | 1,404.00 | NA | NA | 0.00 | 0.00 |
| GEICO DIRECT | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| GOODWILL RETAIL SVC | Unsecured | 245.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 1,253.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS SECRETARY OF STATE | Unsecured | 3,267.00 | NA | NA | 0.00 | 0.00 |
| ISTA | Unsecured | 4,966.00 | NA | NA | 0.00 | 0.00 |
| JARED JEWELERS | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 593.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 594.00 | NA | NA | 0.00 | 0.00 |
| KANE COUNTY | Unsecured | 269.00 | NA | NA | 0.00 | 0.00 |
| LOGAN COUNTY | Unsecured | 143.00 | NA | NA | 0.00 | 0.00 |
| MACY'S | Unsecured | 758.00 | NA | NA | 0.00 | 0.00 |
| MEDIACOM | Unsecured | 1,621.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1,861.00 | 1,538.85 | 1,538.85 | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 1,238.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 1,734.00 | 1,733.69 | 1,733.69 | 0.00 | 0.00 |
| RAC ACCEPTANCE | Unsecured | 1,269.00 | NA | NA | 0.00 | 0.00 |
| REWARDS660 VISA DAKOTA BANK | Unsecured | 593.00 | NA | NA | 0.00 | 0.00 |
| RJM AQUISITIONS FUNDING | Unsecured | 1,155.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 2,929.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 203.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 1,622.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 1,346.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 1,761.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 611.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 1,238.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 2,313.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 3,146.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 1,758.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 1,234.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE INC/USAF INC | Unsecured | 4,056.00 | 18,047.18 | 18,047.18 | 116.54 | 0.00 |
| SALLYS BEAUTY | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| SHOE CARNIVAL | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 593.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 1,167.00 | 541.53 | 541.53 | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 5,947.00 | 51,986.90 | 51,986.90 | 335.71 | 0.00 |
| T MOBILE | Unsecured | 1,084.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 1,083.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 436.00 | NA | NA | 0.00 | 0.00 |
| THE CASH STORE | Unsecured | 256.00 | NA | NA | 0.00 | 0.00 |
| THE VILLAGES OF CANTERFIELD | Unsecured | 6,110.00 | 6,109.11 | 6,109.77 | 30.71 | 0.00 |
| TORRES CREDIT SVCS | Unsecured | 2,387.00 | NA | NA | 0.00 | 0.00 |
| UHAUL INTERNATIONAL | Unsecured | 295.00 | NA | NA | 0.00 | 0.00 |
| UNITED CONSUMER FINANCIAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UNITED CONSUMER FINANCIAL | Secured | NA | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 584.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 1,630.00 | 676.70 | 676.70 | 0.00 | 0.00 |
| US DEPT OF ED SALLIE MAE | Unsecured | 2,929.00 | 487.75 | 487.75 | 0.00 | 0.00 |
| VILLAGE OF HOFFMAN ESTATES | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF SCHAUMBURG | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| VILLAGE OF SCHAUMBURG | Secured | NA | 0.00 | 107.00 | 107.00 | 0.00 |
| WACHOVIA BANK CHECKING ACCT | Unsecured | 972.00 | NA | NA | 0.00 | 0.00 |
| WFNNB/EXPRESS | Unsecured | 339.00 | NA | NA | 0.00 | 0.00 |
| WOODMAN S CARPENTERSVILLE | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| WOODMAN S CARPENTERSVILLE | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| WOODMAN S CARPENTERSVILLE | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| WOODMAN S CARPENTERSVILLE | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| WOODMAN S CARPENTERSVILLE | Unsecured | 96.00 | NA | NA | 0.00 | 0.00 |
| WOODMAN S CARPENTERSVILLE | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| WOODMAN S CARPENTERSVILLE | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| WOODMAN S CARPENTERSVILLE | Unsecured | 43.00 | NA | NA | 0.00 | 0.00 |
| WOODMAN S CARPENTERSVILLE | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| WOODMAN S CARPENTERSVILLE | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| WOODMAN S CARPENTERSVILLE | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| WOODMAN S CARPENTERSVILLE | Unsecured | 43.00 | NA | NA | 0.00 | 0.00 |
| WOODMAN S CARPENTERSVILLE | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| WOODMAN S CARPENTERSVILLE | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| WOODMAN S CARPENTERSVILLE | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| WOODMAN S CARPENTERSVILLE | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| WOW INTERNET AND CABLE | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| YUM PIZZA HUT | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |

### Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $107.00 | $107.00 | $0.00 |
| **TOTAL SECURED:** | **$107.00** | **$107.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$88,943.88** | **$514.89** | **$0.00** |

### Disbursements:

| | |
|---|---:|
| Expenses of Administration | $3,601.52 |
| Disbursements to Creditors | $621.89 |
| **TOTAL DISBURSEMENTS :** | **$4,223.41** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 02/04/2014                    By:/s/ Tom Vaughn
                                                            Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**